IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wash, Rosa E | Case Number: 04 B 39471 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 10/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 20, 2008
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,496.74 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,427.39 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 547.61 |
| Other Funds: | | 827.74 |
| Totals: | 11,496.74 | 11,496.74 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,694.00 | 2,694.00 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 1,627.91 | 1,627.91 |
| 5. | Resurgent Capital Services | Unsecured | 3,499.00 | 3,499.00 |
| 6. | Resurgent Capital Services | Unsecured | 1,198.04 | 1,198.04 |
| 7. | ECast Settlement Corp | Unsecured | 314.00 | 314.00 |
| 8. | ECast Settlement Corp | Unsecured | 191.26 | 191.26 |
| 9. | ECast Settlement Corp | Unsecured | 597.18 | 597.18 |
| 10. | Sound & Spirit | Unsecured | | No Claim Filed |
| 11. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 12. | BP Amoco | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Gene E Quirini MD | Unsecured | | No Claim Filed |
| 15. | Healthcare Information Services | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 19. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 20. | Southwest Medical Consultant | Unsecured | | No Claim Filed |
| | | | $ 10,121.39 | $ 10,121.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 46.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wash, Rosa E

Printed: 9/3/08

Case Number:  04 B 39471
Judge:  Hollis, Pamela S
Filed:  10/22/04

|  |  |
|---|---|
| 4% | 16.62 |
| 3% | 12.34 |
| 5.5% | 69.67 |
| 5% | 153.06 |
| 4.8% | 76.98 |
| 5.4% | 172.64 |
|  | _____ |
|  | $ 547.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

